UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 7

| | |
|---|---|
| Snap One, LLC (d/b/a SnapAV, d/b/a Control 4)<br><br>                                      Plaintiff,<br><br>       v.<br>United States<br><br>                                       Defendant. | Court No. 23-00078<br>and Attached Schedule |

**NOTICE OF DISMISSAL**

      **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: April 28, 2025
_____

                                                     s/ Sarah M. Wyss
                                                  Attorney for Plaintiff

                                5335 Wisconsin Avenue, NW, Suite 810
                                                       Street Address

                                Washington, D.C., 200015
                                               City, State and Zip Code

                                (202) 688-3610
                                                         Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 23-00078 | Snap One, LLC (d/b/a SnapAV, d/b/a Control 4) | 1. 270421158633<br>2. 270422160588<br>3. 270422160593<br>4. 270422161076<br>5. 270422161119<br>6. 270422161281<br>7. 270422161290<br>8. 270422163612 | 1. 79127178825<br>2. 79129440470<br>3. 79129533266<br>4. 79130515286<br>5. 79130674265<br>6. 79131232964<br>7. 79131258969<br>8. 79133014956 |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
          Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)